**Lester RANSOM, Appellant**

v.

**John E. WETZEL, Secretary of the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Nov. 18, 2015.

Lester Ransom, pro se.

Suzanne Noelle Hueston, Debra S. Rand, PA Dept. of Corrections, Mechanicsburg, for Appellee.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of November, 2015, the Order of the Commonwealth Court is **AFFIRMED.**

**Elmer DAVENPORT, Appellant**

v.

**PA. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 18, 2015.

Elmer Davenport, pro se.

Alan Matthew Robinson, Jason Anthony Lambrino, PA Bd. of Probation and Parole, Harrisburg, for Appellee.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of November 2015, the Order of the Commonwealth Court is hereby **AFFIRMED.**